UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kossoff PLLC et al., | |
| Plaintiffs, | 25-CV-7034 (RA) |
| v. | ORDER |
| Barasky, | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

On August 21, 2025, Bankruptcy Judge David S. Jones so ordered a "stipulation and order initiating proceeding with district court." No later than October 15, 2025, the parties shall advise the Court of the status of this matter in a joint letter.

SO ORDERED.

Dated:   October 8, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge